1
2
3
4 ==E-FILED==
5
6
7
8 UNITED STATES DISTRICT COURT
9 NORTHERN DISTRICT OF CALIFORNIA
10
11 RON SAGER, individually and on behalf of a class of similarly situated individuals,,

Plaintiff,

v.

BANK OF AMERICA CORPORATION, a Delaware corporation, SOUNDBITE COMMUNICATIONS, INC., a Delaware corporation,,

Defendants.

Case No. 12-CV-00197-RMW

**ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE AND EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Honorable Ronald M. Whyte

12-CV-00197-RMW
ORDER

**ORDER**

Pursuant to the parties' Joint Stipulation to Continue the Case Management Conference and Extend Time to Respond to Plaintiff's Complaint, and good cause appearing, it is hereby ordered that the Case Manage Conference currently set for May 4, 2012 is continued to June 25, 2012, and that Defendants Bank of America Corporation and SoundBite Communications, Inc.'s deadline to respond to the Complaint shall be extended from May 7, 2012 to June 21, 2012.

IT IS SO ORDERED

Dated: _____, 2012

*Ronald M. Whyte*
Honorable Ronald M. Whyte
United States District Judge