Abraham J. Colman (SBN 146933)
acolman@reedsmith.com
Felicia Y. Yu (SBN 193316)
fyu@reedsmith.com
Michael A. Garabed (SBN 223511)
mgarabed@reedsmith.com
Janet M. Lee (SBN 251518)
jmlee@reedsmith.com

REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:	213.457.8000
Facsimile:	213.457.8080

Attorneys for Defendant
BANK OF AMERICA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON SAGER, individually and on behalf of a class of similarly situated individuals,<br><br>              Plaintiff,<br><br>       vs.<br><br>BANK OF AMERICA CORPORATION, a Delaware corporation, SOUNDBITE COMMUNICATIONS, INC., a Delaware corporation,<br><br>              Defendants. | Case No. 5:12-cv-00197-RMW<br><br>**STIPULATION AND []<br>ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANT BANK OF AMERICA CORPORATION'S AND DEFENDANT SOUNDBITE COMMUNICATIONS, INC.'S MOTIONS TO STAY CASE**<br><br>**CLASS ACTION**<br><br>Date:           September 14, 2012<br>Time:           9:00 a.m.<br>Courtroom:   6 (4th Floor)<br><br>Complaint Filed: January 11, 2012<br><br>The Honorable Ronald M. Whyte |

1   Plaintiff Ron Sager ("Plaintiff") and Defendants Bank of America Corporation ("Bank of
2   America") and SoundBite Communications, Inc. ("SoundBite") (Bank of America and SoundBite
3   are collectively, "Defendants"), pursuant to Civil Local Rules 6-1, 6-2, and 7-12, hereby stipulate as
4   follows:
5   WHEREAS, on June 21, 2012, Defendants filed Motions to Stay this action ("Motions to
6   Stay") pursuant to the doctrine of primary jurisdiction, as issues central to the determination of this
7   action are pending before the Federal Communications Commission ("FCC");
8   WHEREAS, Plaintiff will oppose the Motions to Stay;
9   WHEREAS, Defendants will file replies in support of their respective Motions to Stay;
10  WHEREAS, Local Rule 7-3 provides, in pertinent part, that any opposition to the Motions to
11  Stay must be served and filed not more than fourteen (14) days after the Motions to Stay are served
12  and filed and any reply must be served and filed not more than seven (7) days after the opposition is
13  served and filed,
14  NOW, THEREFORE, the Parties hereby stipulate and agree to extend Plaintiff's time to file
15  any oppositions to the Motions to Stay to thirty (30) days after the Motions to Stay are filed (which
16  is July 23, 2012) and agree to extend Defendants' time to file any replies in support of their
17  respective Motions to Stay to sixteen (16) days after the respective oppositions to the Motions to
18  Stay are filed (which is August 8, 2012, assuming that Plaintiff files the oppositions on July 23,
19  2012).  Should the Court enter an order denying this stipulation or not enter an order on this
20  stipulation prior to the deadlines for the opposition and reply per Local Rule 7-3, the Parties agree
21  that Plaintiff shall not waive any rights or arguments by waiting to file and serve any opposition to
22  the Motions to Stay until fourteen (14) days after the Court enters an order ruling on this stipulation,
23  and that Defendants shall not waive any rights or arguments by waiting to file and serve any replies
24  in support of the Motions to Stay until seven (7) days after Plaintiff files the respective oppositions.
25  IT IS SO STIPULATED.
26
27  DATED:  June 22, 2012                        EDELSON MCGUIRE, LLP
28
    By      /s/ Sean P. Reis

– 2 –                                Case No. 5:12-cv-00197-RMW

|   |   |
|---|---|
|   | Sean P. Reis |
|   | Attorneys for Plaintiff |
|   | RON SAGER |

DATED:  June 22, 2012          COOLEY LLP

By     /s/ Mazda K. Anita
    Mazda K. Antia
    Attorneys for Defendant
    SOUNDBITE COMMUNICATIONS, INC.

DATED:  June 21, 2012          REED SMITH LLP

By     /s/ Janet M. Lee
    Abraham J. Colman
    Felicia Y. Yu
    Michael A. Garabed
    Janet M. Lee
    Attorneys for Defendant
    BANK OF AMERICA CORPORATION

I hereby attest that concurrence in the filing of this stipulation has been obtained from each of the other signatories.

DATED:  June 21, 2012          REED SMITH LLP

By     /s/ Janet M. Lee
    Abraham J. Colman
    Felicia Y. Yu
    Michael A. Garabed
    Janet M. Lee
    Attorneys for Defendant
    BANK OF AMERICA CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  _____.

*Ronald M. Whyte* (signature)

The Honorable Ronald M. Whyte
U.S. District Court for the Northern District of California

STIPULATION AND [] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO STAY