1  COOLEY LLP
   MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2  MAZDA K. ANTIA (214963) (mantia@cooley.com)
   101 California Street
3  5th Floor
   San Francisco, CA  94111-5800
4  Telephone:    (415) 693-2000
   Facsimile:    (415) 693-2222
5
   Attorneys for Defendant
6  SoundBite Communications, Inc.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | RON SAGER, individually and on behalf of a        | Case No.  12-CV-00197-RMW
   | class of similarly situated individuals,
12 |                                                   | **STIPULATION TO STAY CASE (**_Order_
   |                      Plaintiff,
13 |                                                   | Judge:       Hon. Ronald Whyte
   |         v.                                        | Date:         n/a
14 |                                                   | Time:         n/a
   | BANK OF AMERICA CORPORATION, a                    | Courtroom:    6
15 | Delaware corporation, SOUNDBITE                   | Trial Date:   Not yet set
   | COMMUNICATIONS, INC., a Delaware
16 | corporation,
17 |                      Defendants.

18

19     Plaintiff Ron Sager ("Plaintiff") and Defendants Bank of America Corporation ("Bank of

20 America") and SoundBite Communications, Inc. ("SoundBite") (collectively, "Defendants")

21 pursuant to Federal Rule of Civil Procedure 7 and Civil Local Rule 7-12, hereby stipulate as

22 follows:

23     WHEREAS, SoundBite has filed a petition with the Federal Communications

24 Commission ("FCC") seeking a declaratory ruling that when a subscriber sends a text message

25 choosing to opt-out of receiving future text messages, and a one-time immediate reply is sent

26 back via text message confirming the opt-out request, that confirmation message is not a violation

27 of the Telephone Consumer Protection Action ("TCPA") because (1) it falls within a grace period

28 for acknowledging opt-out requests, and (2) it is not sent using an "automatic telephone dialing

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO                                  1.                    **STIPULATION TO STAY**
                                                                     **12-CV-00197-RMW**

1  system" ("SoundBite Petition");

2  WHEREAS, Defendants have filed motions to stay this action pending the FCC's ruling
3  on the SoundBite Petition (Dkt. Nos. 27, 28);

4  WHEREAS, another case involving similar claims under the TCPA was stayed on July
5  31, 2012 pending the FCC's ruling on the SoundBite Petition. *See Karayan v. GameStop Corp.,*
6  *et al.*, No. 3:12-cv-01555 (N.D. Tex.);

7  WHEREAS, the parties agree that an FCC ruling on the SoundBite Petition may resolve
8  legal issues relevant to this action or at least reduce the scope of litigation;

9  WHEREAS, the parties agree that it will serve the just, speedy, and inexpensive
10 determination of this matter, *see* Fed. R. Civ. P. 1, to stay this action until such time as the FCC
11 has issued a ruling on the SoundBite Petition.

12 NOW, THEREFORE, the parties hereby stipulate and agree as follows:

13 1. This action will be stayed until such time as the FCC has issued a ruling on the
14    SoundBite Petition;

15 2. Within fifteen (15) days of the FCC's ruling on the SoundBite Petition, the parties will
16    inform the Court of the FCC's ruling and, if necessary, propose a new schedule for the
17    filing of any amended complaint and response deadlines to the same;

18 3. Should the Court (1) enter an order denying this stipulation, or (2) not enter an order
19    on this stipulation prior to August 8, 2012, the parties agree that Defendants shall not
20    be required, and shall not waive any rights, arguments, or defenses by waiting to file
21    their reply briefs in support of their motions to stay until fifteen (15) days after the
22    Court enters an order ruling on this stipulation.

23 IT IS SO STIPULATED.

Dated: August 3, 2012                    EDELSON MCGUIRE, LLP
                                         SEAN P. REIS


                                         /s/ Sean P. Reis
                                         Sean P. Reis
                                         Attorneys for Plaintiff
                                         Ron Sager


Dated: August 3, 2012                    REED SMITH LLP
                                         FELICIA YU


                                         /s/ Janet M. Lee
                                         Janet M. Lee
                                         Attorneys for Defendant
                                         Bank of America Corporation


Dated: August 3, 2012                    COOLEY LLP
                                         MICHAEL G. RHODES
                                         MAZDA K. ANTIA


                                         /s/ Mazda K. Antia
                                         Mazda K. Antia
                                         Attorneys for Defendant
                                         SoundBite Communications, Inc.

1

2   I hereby attest that concurrence in the filing of the document has been obtained from each
3   of the other signatories.

4

5   Dated: August 3, 2012                           COOLEY LLP
                                                    MICHAEL G. RHODES
6                                                   MAZDA K. ANTIA

7
                                                    /s/ Mazda K. Antia
8                                                   ─────────────────────────────
                                                    Mazda K. Antia
9                                                   Attorneys for Defendant
                                                    SoundBite Communications, Inc.
10

11      PURSUANT TO STIPULATION, IT IS SO ORDERED.

12  Dated: August 1̲, 2012

13                                                  *Ronald M. Whyte* (signature)

14                                                  ─────────────────────────────
                                                    Hon. Ronald M. Whyte
15                                                  United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28