David C. Parisi (SBN 162248)
Suzanne Havens Beckman (SBN 188814)
PARISI & HAVENS, LLP
15233 Valleyheart Drive
Sherman Oaks, CA 91403
(818) 990-1299

Sean P. Reis (SBN 184044)
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123

*Attorneys for Plaintiff Ron Sager*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON SAGER, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, a Delaware corporation, SOUNDBITE COMMUNICATIONS, INC., a Delaware corporation,<br><br>Defendants. | Case No. 5:12-cv-00197-RMW<br><br>**JOINT STIPULATION AND [] ORDER FOR DISMISSAL**<br><br>CLASS ACTION<br><br>Complaint Filed: January 11, 2012<br><br>The Honorable Ronald M. Whyte |

Plaintiff Ron Sager ("Plaintiff") and Defendants Bank of America Corporation ("Bank of America") and SoundBite Communications, Inc. ("SoundBite") (together, "Defendants") pursuant to Civil Local Rule 7-12 and Federal Rule of Civil Procedure 41(a) hereby stipulate as follows:

    1.      On January 11, 2012, Plaintiff filed his Class Action Complaint against Defendants.

    2.      On February 16, 2012, SoundBite filed a petition with the Federal Communications Commission ("FCC") seeking a declaratory ruling that when a subscriber sends a text message choosing to opt-out of receiving future text messages, and a one-time immediate reply is sent back

via text message confirming the opt-out request, that confirmation message is not a violation of the Telephone Consumer Protection Action ("TCPA").

3.      On August 8, 2012, pursuant to stipulation by the Parties, the Court entered an Order staying this matter until the FCC ruled on SoundBite's pending petition. (Dkt. 42.)

4.      Pursuant to the Court's August 8 Order, the Parties were to inform the Court of the FCC's ruling within 15 days of such ruling.  (Dkt. 42.)

5.      On November 29, 2012, the FCC ruled on SoundBite's petition, granting SoundBite's request for declaratory ruling, and finding that, with exceptions, "confirmatory" text messages do not violate the TCPA.

6.      The Parties agree that this matter should now be dismissed.

NOW, THEREFORE, the Parties hereby stipulate and agree that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this entire action shall be, and is, dismissed, with each party to bear its own fees and costs.

IT IS SO STIPULATED.

Dated: December 10, 2012                    EDELSON MCGUIRE, LLP
                                            SEAN P. REIS

                                            /s/ Sean P. Reis
                                            Sean P. Reis

                                            *Attorneys for Plaintiff Ron Sager*

Dated: December 10, 2012                    REED SMITH LLP
                                            FELICIA YU

                                            /s/ Felicia Yu
                                            Felicia Yu

                                            *Attorneys for Defendant*
                                            *Bank of America Corporation*

1   Dated: December 10, 2012

2

                                COOLEY LLP

                                MAZDA K. ANTIA

3                               /s/ Mazda K. Antia

                               Mazda K. Antia

4

                               *Attorneys for Defendant*

5                               *SoundBite Communications, Inc.*

6   PURSUANT TO STIPULATION, IT IS SO ORDERED.

7   Dated: December FH 2012

8

9

10                               Hon. Ronald M. Whyte

                               United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28